UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHARLOTTE WILLIAMS-SHERMAN**　　　　　　　　　　　　　**PLAINTIFFS**
*and* **JACKIE D. SHERMAN**

**v.**　　　　　　　　　　　　　**CIVIL ACTION NO. 1:24-cv-10-TBM-RPM**

**TRUMBULL INSURANCE COMPANY**　　　　　　　　　　　　　**DEFENDANT**

## FINAL JUDGMENT

For the reasons stated in the Order entered this same day, this civil action is DISMISSED without prejudice.

THIS, the 25th day of November, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　TAYLOR B. McNEEL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE